**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| NORLIN OMAR CANALES-MELGAR, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-25-CA-01571-XR |
| | § | |
| KRISTI NOEM, SECRETARY, U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY; TODD LYONS, ACTING | § | |
| DIRECTOR, U.S. IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT (ICE); | § | |
| MARCOS CHARLES, ACTING | § | |
| EXECUTIVE ASSOCIATE DIRECTOR, | § | |
| ICE AND REMOVAL OPERATIONS; US | § | |
| ATTORNEY GENERAL PAMELA | § | |
| BONDI, WARDEN SOUTH TEXAS ICE | § | |
| DETENTION CENTER, | § | |
| *Respondents* | § | |

**ORDER FOR SERVICE**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by

Petitioner Norlin Omar Canales-Melgar, who is a non-citizen currently in detention in the South

Texas Detention Facility in Pearsall, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States

Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1)

and this Order. Delivery by certified mail return receipt requested of those same documents shall

constitute sufficient service of process on Respondents: Kristi Noem, Secretary of the U.S.

Department of Homeland Security; Todd Lyons, Acting Director of the U.S. Immigration and

Customs Enforcement; Marcos Charles, Acting Executive Associate Director, ICE Enforcement

and Removal Operations; and US Attorney General Pamela Bondi. *See* FED. R. CIV. P. 4(i). Service

should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's

Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden of South Texas Detention Facility, 566 Veterans Drive, Pearsall, TX 78061, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 25th day of November, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE